**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Kevin Jerome FUELL, Defendant–Appellant.**

No. 01–7672.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 20, 2001.

Decided Jan. 9, 2002.

Kevin Jerome Fuell, Appellant Pro Se. John Granville Douglass, Gurney Wingate Grant, II, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

PER CURIAM.

Kevin Jerome Fuell appeals the district court's order denying relief on his motion filed under 18 U.S.C.A. § 3582(c) (West 2000), and motion to dismiss the indict-

ment under Fed.R.Crim.P. 12(b)(2). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Fuell,* No. CR–93–138 (E.D.Va. Sept. 7, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Affirmed by unpublished PER CURIAM opinion.